# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-668
Lower Tribunal No. 20-17556
_____

**Gisselle Manzzo and Marco Loretto,**
Appellants,

vs.

**Deutsche Bank National Trust Company, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Gisselle Manzzo, in proper person.

Bitman O'Brien & Morat, PLLC, and Allison Morat (Lake Mary), for appellee.

Before FERNANDEZ, C.J., and LOGUE and HENDON, JJ.

PER CURIAM.

Affirmed.